UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X   <u>For Online Publication Only</u>
WILLIAM QUINTANILLA, *on behalf of himself,*
*FLSA Collective Plaintiffs and the Class Members*,

                                                  Plaintiff,          **ORDER**
                                                                           19-CV-6894 (JMA) (ARL)

      -against-

PETE'S ARBOR CARE SERVICES, INC.
and PETER FIORE, *individually*,

                                                  Defendants.
------------------------------------------------------------------------X

**AZRACK, United States District Judge:**

       Currently pending before the Court are the cross-motions of Defendants Pete's Arbor Care Services, Inc., and Peter Fiore ("Defendants") and Plaintiff William Quintanilla ("Plaintiff"), for summary judgment. (ECF Nos. 54, 59.) In a Report and Recommendation issued on June 12, 2023, the Honorable Magistrate Judge Arlene R. Lindsay recommended that the parties' cross-motions be denied in full. (ECF No. 61 ("R&R").)

       In reviewing a magistrate judge's report and recommendation, a court must "make a <u>de novo</u> determination of those portions of the report or…recommendations to which objection[s] [are] made." 28 U.S.C. § 636(b)(1)(C); <u>see also</u> <u>United States ex rel. Coyne v. Amgen, Inc.</u>, 243 F. Supp. 3d 295, 297 (E.D.N.Y.), <u>aff'd sub nom.</u> <u>Coyne v. Amgen, Inc.</u>, 717 F. App'x 26 (2d Cir. 2017). The Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1)(C). Those portions of a report and recommendation to which there is no specific reasoned objection are reviewed for clear error. See <u>Pall Corp. v. Entegris, Inc.</u>, 249 F.R.D. 48, 51 (E.D.N.Y. 2008).

       To date, no objections have been filed to the R&R and the deadline for filing any such objections has passed. I have reviewed the R&R for clear error, and finding none, I adopt the R&R

in its entirety as the opinion of this Court. Accordingly, the parties' cross-motions for summary judgment are denied in their entirety. This matter shall proceed to trial.

**SO ORDERED.**

Dated: June 28, 2023
Central Islip, New York

/s/ (JMA)
JOAN M. AZRACK
UNITED STATES DISTRICT JUDGE