UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| William Quintanilla,<br><br>Plaintiff,<br><br>– against –<br><br>Pete's Arbor Care Service Inc., and Peter Fiore,<br><br>Defendants. | Case No.: 2:19-cv-6894 (JMA) (ARL) |

## Verdict Form

All jurors must agree on the answers to all questions. Jurors must answer the questions in the order they are presented.

### I. NYLL WAGE & HOUR CLAIMS

#### A. Overtime Wages

1. Has Plaintiff Quintanilla proven by a preponderance of the evidence that he was **not** paid overtime (i.e., time-and-a-half) for any hours over 40 that he worked in any given week?

YES ✓ NO ____

#### B. Spread of Hours Wages

2. Has Plaintiff Quintanilla proven by a preponderance of the evidence that he was **not** paid an extra hour of pay at the applicable minimum wage rate on at least one occasion when the spread of hours from the beginning to the end of his workday was more than 10 hours in a day?

YES _____ NO_____

COURT EXHIBIT
5
11/16/23

## II. RETALIATION

3. Has Plaintiff proven by preponderance of the evidence that Defendants retaliated against Plaintiff for complaining about his wages?

YES ___ NO ✓

4. Fill in dollar amounts for the below forms of damages if you answered "yes" to Question 3. You may write "none" if you decline to award a given type of damages.

Front Pay: ______

Back Pay: ______

Pain and Suffering: _____

5. Fill in dollar amounts for punitive damages if you answered "yes" to question 3. You may write "none" if you decline to award punitive damages.

Punitive Damages: _______

* * *

The jury foreperson shall sign and date the verdict form and advise the Marshal that a verdict has been reached.

Date: 11/16/23

Foreperson of the Jury

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

**William Quintanilla,**

**Plaintiff,**

**– against –**

**Pete's Arbor Care Service Inc., and Peter Fiore,**

**Defendants.**

**Case No.: 2:19-cv-6894 (JMA) (ARL)**

## Verdict Form

All jurors must agree on the answers to all questions. Jurors must answer the questions in the order they are presented.

**A. Number Of Weeks Worked**

6. Please provide how many weeks Plaintiff worked in each of the following years:

2015: 20

2016: 39

2017: 39

2018: 38

2019: 32

COURT EXHIBIT
9
11/16/23

**B. Overtime – Wage Payment Details**

7. Please specify whether Plaintiff was paid on an hourly basis or paid a daily rate for each year:

| | | |
|---|---|---|
| ✓ 2015: | Hourly Basis ✓ $16.00 | Daily Rate ______ |
| ✓ 2016: | Hourly Basis ✓ $ 18.00 | Daily Rate ______ |
| 2017: | Hourly Basis ✓ $ 20.00 | Daily Rate ______ |
| 2018: | Hourly Basis ✓ $ 22.00 | Daily Rate ______ |
| 2019: | Hourly Basis ✓ $ 25.00 | Daily Rate ______ |

*If you found that Plaintiff was paid an hourly rate for a given year, proceed to Questions 8 and 9 for those years.*

*If you found that Plaintiff was paid a daily rate for a given year, skip Questions 8 and 9 and proceed directly to Question 10 for those years.*

## Questions You Must Answer If Plaintiff Was Paid On An Hourly Basis In A Given Year

8. What was Plaintiff's regular hourly rate of pay?

$ 16.00 per hour in 2015
$ 18.00 per hour in 2016
$ 20.00 per hour in 2017
$ 22.00 per hour in 2018
$ 25.00 per hour in 2019

9. Defendant was required to pay Plaintiff 1.5 X his regular hourly rate for any overtime hours worked in a week (i.e, hours worked over 40 in a week). Identify below the average number of overtime hours per week, if any, that Plaintiff worked for which he was not paid 1.5 X his regular hourly rate.

| Year | Overtime Hours Worked per Week for which Plaintiff was Paid ONLY his Regular Hourly Rate | Overtime Hours Worked Per Week for which Plaintiff was NOT Paid ANY compensation |
|---|---|---|
| 2015 | 10 | 0 |
| 2016 | 0 | 0 |
| 2017 | 0 | 0 |
| 2018 | 0 | 0 |
| 2019 | 0 | 0 |

***If you found that Plaintiff was paid an hourly rate and answered Questions 8 and 9, SKIP Questions 10, 11, and 12 and proceed Directly to Question 13.***

**Questions You Must Answer If Plaintiff Was Paid A Daily Rate In A Given Year**

10. What is the dollar amount that Plaintiff was paid per day?

2015: $ __________ per day
2016: $ __________ per day
2017: $ __________ per day
2018: $ __________ per day
2019: $ __________ per day

11. Indicate how many days Plaintiff worked on average for each week of his employment in the given year.

2015: _____ total days worked per week

2016: _____ total days worked per week

2017: _____ total days worked per week

2018: _____ total days worked per week

2019: _____ total days worked per week

12. Indicate how many hours Plaintiff worked on average for each week of his employment in the given year.

2015: _____ total hours worked per week

2016: _____ total hours worked per week

2017: _____ total hours worked per week

2018: _____ total hours worked per week

2019: _____ total hours worked per week

### C. Good Faith

13. Have Defendants proven by a preponderance of the evidence that during the time Plaintiff Quintanilla worked for the them, Defendants had a good faith basis to believe that their underpayment of wages was in compliance with the New York Labor Law?

YES X NO ______

* * *

The jury foreperson shall sign and date the verdict form and advise the Marshal that a verdict has been reached.

Date: 11/16/23

______________________
**Foreperson of the Jury**